# Empire Justice Center
Albany ♦ Rochester ♦ White Plains ♦ Long Island

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021

October 7, 2021

BY ECF

Honorable Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: October 7, 2021

Re: *Clarizio v. Saul*, 21 cv. 242 (SDA)

Dear Judge Aaron:

This office represents plaintiff Alicia Marie Clarizio in the above referenced action involving the denial of Supplemental Security Income disability benefits. With defendant's consent, plaintiff respectfully requests an extension of time until November 1, 2021 to file her motion for judgment on the pleadings. This would change the deadline for the defendant's response to December 31, 2021 and the deadline for plaintiff's reply to January 21, 2021.

On April 19, 2021, this Court so ordered a reversal of the briefing schedule, under which plaintiff was to move for judgment on the pleadings within 60 days of the record being filed or on August 13, 2021. (Dkt. 17.) Defendant subsequently asked 60 days additional time to file the certified administrative record, from June 14 to August 13, 2021 (Dkt. 18), which was so ordered at Dkt. 19.

The administrative record was filed on August 15, 2021. Since that time, plaintiff sent a formal and detailed settlement request that is still under consideration with Commissioner. Defendant's counsel has indicated that a decision should be available shortly. Plaintiff believes an extension of time until November 1, 2021 would allow the parties sufficient time to complete their settlement discussions and, if those efforts are unsuccessful, proceed with briefing.

Thank you for considering this request.

Respectfully,

/s/ Emilia Sicilia

Emilia Sicilia
Senior Attorney
esicilia@empirejustice.org

cc: Joseph Pantoja (by ECF)